1  CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
3  DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7332
6       Fax: (415) 436-6748
        Email: david.devito@usdoj.gov
7
Attorneys for the United States of America
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA *ex rel.*          )  NO. 3:22-cv-4715-AGT
    RELATOR LLC,                                )
13                                              )  **THE UNITED STATES OF AMERICA'S**
                           Plaintiff,           )  **NOTICE OF CONSENT TO DISMISSAL**
14                                              )
              v.                                )
15                                              )
    EDDIE LIM, et al.,                          )
16                                              )
                           Defendants.          )
17                                              )
                                                )
18

19        On June 2, 2025, Relator filed a Notice of Voluntary Dismissal of this action.  Pursuant to the

20  False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney

21  General consents to the dismissal of this action without prejudice to the rights of the United States,

22  based on its determination that such a dismissal is commensurate with the public interest and that the

23  matter does not warrant the continued expenditure of government resources to pursue or monitor the

24  action based on currently available information.

25  //

26  //

27  //

28  //

NOTICE OF CONSENT TO DISMISSAL
NO. 22-CV-04715-AGT                              1

1  DATED: June 3, 2025                     Respectfully submitted,

2                                          CRAIG H. MISSAKIAN
                                           United States Attorney
3
                                    By:    */s/ David M. DeVito*
4                                          DAVID M. DEVITO
                                           Assistant United States Attorney
5
                                           *Attorneys for the United States*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONSENT TO DISMISSAL
NO. 22-CV-04715-AGT                              2